256 So.2d 431

**STATE of Louisiana**

**v.**

**J. T. THOMAS.**

No. 51479.

Jan. 4, 1972.

Jesse N. Stone, Jr., Baton Rouge, for defendant-appellant.

Jack P. F. Gremillion, Atty. Gen., Harry H. Howard, Asst. Atty. Gen., John B. Benton, Jr., Dist. Atty., for plaintiff-appellee.

PER CURIAM.

The defendant appeals from a conviction of armed robbery. LSA–RS 14:64.

Since the defendant perfected no bills of exceptions, and there being no error patent on the face of the record, there is nothing before us for review. La.C.Cr.P. art. 920; State v. Ash, 257 La. 337, 242 So.2d 535 (1971).

The conviction and sentence are affirmed.